1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7    LUIS PADILLA,
                                           Case No.  20-cv-04597-PJH
8              Plaintiff,

9         v.                               **ORDER**

10   CITY OF RICHMOND POLICE               Re: Dkt. No. 46
     DEPARTMENT,
11
               Defendant.
12
13

14        The court is in receipt of the parties' joint notice of tentative settlement.  The court

15   does not vacate all dates based upon a tentative settlement; however, the court will

16   vacate the briefing schedule and hearing date for the class certification motion.  The

17   remaining pretrial dates will be vacated only upon the actual settlement of the case, or

18   upon entry of a conditional 120-day dismissal, with the parties' consent.

19        **IT IS SO ORDERED.**

20   Dated: August 27, 2021

21                                         _/s/ Phyllis J. Hamilton_____
                                           PHYLLIS J. HAMILTON
22                                         United States District Judge
23
24
25
26
27
28

United States District Court
Northern District of California