1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   davidm@mastagni.com
2  TAYLOR DAVIES-MAHAFFEY, ESQ. (SBN 327673)
   tdavies-mahaffey@mastagni.com
3  **MASTAGNI HOLSTEDT**
4  A Professional Corporation
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8
   JESSE J. MADDOX, ESQ. (SBN 219091)
9  jmaddox@lcwlegal.com
   LISA S. CHARBONNEAU, ESQ. (SBN 245906)
10 lcharbonneau@lcwlegal.com
11 **LIEBERT CASSIDY WHITMORE**
   A Professional Law Corporation
12 135 Main Street, 7th Floor
   San Francisco, California 94105
13 Telephone:   415.512.3000
   Facsimile:   415.856.0306
14

15 Attorneys for Defendant

16 Additional Counsel Listed on Next Page

17                    IN THE UNITED STATES DISTRICT COURT

18                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  LUIS PADILLA, on behalf of himself and all similarly situated individuals, | Case No: 4:20-CV-04597-PJH |
| 21 | Complaint filed: July 10, 2020 |
| 22              Plaintiffs,<br>       v. | FAC filed: September 8, 2020 |
| 23 | **NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE** |
| 24  CITY OF RICHMOND, | |
| 25              Defendant. | |
| 26 | Date:   April 28, 2022<br>Time:   1:30 p.m.<br>Dept.:  Courtroom 3 – 3rd Floor |
| 27 | |
| 28 | |

**Additional Counsel**

JACLYN GROSS, ESQ. (SBN 323933)
jaclyn_gross@ci.richmond.ca.us
**OFFICE OF THE CITY ATTORNEY**
**CITY OF RICHMOND**
450 Civic Center Plaza
Richmond, California 94804
Telephone: 510.620.6509
Facsimile: 510.620.6518
Attorneys for Defendant

TO ALL PARTIES AND THEIR COUNSEL:

NOTICE IS HEREBY GIVEN that on April 28, 2022 at 1:30 pm, or as soon thereafter as the matter may be heard, in Courtroom 3 – 3rd Floor of the Northern District of California, located at 1301 Clay Street, Oakland, California 94612, Plaintiffs and Defendants will and hereby do move this Court for an order (1) granting approval of the settlement agreement and dismissing the case with prejudice.

This motion is based on: the accompanying Joint Motion for Approval of Settlement Agreement, Declarations of David E. Mastagni, Esq. and Lisa Charbonneau, Esq. filed concurrently with the Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice, all other records, pleadings and papers on file in this action; and on such other evidence or argument as may be presented to the Court at the hearing of this motion.

Dated:   March 9, 2022

Respectfully submitted,
**MASTAGNI HOLSTEDT, APC**

By: */s/ David E. Mastagni*
DAVID E. MASTAGNI
TAYLOR DAVIES-MAHAFFEY
Attorneys for Plaintiffs

Dated:   March 9, 2022

**LIEBERT CASSIDY WHITMORE**

By: */s/ Lisa S. Charbonneau*
LISA S. CHARBONNEAU
JESSE J. MADDOX
Attorneys for Defendant

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to N.D. Cal. Local Rule 5-1(h)(3), I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

By: */s/ David E. Mastagni*