IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PADILLA, on behalf of himself and all similarly situated individuals,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF RICHMOND,<br><br>　　　　　Defendant. | Case No: 4:20-CV-04597-PJH<br><br>Complaint filed: July 10, 2020<br>FAC filed: September 8, 2020<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE**<br><br>Date:　　April 28, 2022<br>Time:　　1:30 p.m.<br>Dept.:　　Courtroom 3 – 3rd Floor |

The Court has carefully reviewed the Settlement Agreement and the Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice, together with the relevant Declarations and Exhibits. Based upon a review of the record, the representations of the parties, and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

　　1.　　The Settlement Agreement submitted to the Court as Exhibit 1 to the Declaration of David E. Mastagni, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, including the award of attorneys' fees and costs;

　　2.　　Plaintiffs and Defendant (collectively "Parties") shall fully abide by and perform the Settlement Agreement in its entirety and in accordance with its terms;

3. The Court has made no findings or determinations regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Motion for Approval of Settlement Agreement shall constitute evidence of, or any admission of, any violation of law;

4. The Court reserves jurisdiction over the above-captioned matter for the purposes of enforcing the Settlement Agreement only; and

5. This Action is dismissed WITH PREJUDICE.

IT IS SO ORDERED.

Date: 4/29/2022

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE