IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PADILLA, on behalf of himself and all similarly situated individuals,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF RICHMOND,<br><br>        Defendant. | Case No: 4:20-CV-04597-PJH<br><br>Complaint filed: July 10, 2020<br>FAC filed: September 8, 2020<br><br>**JUDGMENT**<br><br>Date:    April 28, 2022<br>Time:   1:30 p.m.<br>Dept.:   Courtroom 3 – 3rd Floor |

This court having ordered this case be dismissed with prejudice, judgment is hereby entered dismissing the action with prejudice and approving the Settlement Agreement.

**IT IS SO ORDERED.**

Date: 4/29/2022

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE